# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Hector M Arroyo and
Maria M Arroyo,

Debtor(s)

Case No: 20-09452
Chapter 13

Judge Timothy A. Barnes

TO: Marilyn Marshall, Chapter 13 Trustee, via electronic notice through ECF
See attached service list;

## NOTICE OF FILING

Please take notice that on June 29, 2020, I filed with the Clerk of the United States Bankruptcy Court for the Northern District Of Illinois, Eastern Division, Debtor's Amended Chapter 13 Plan, a copy of which is herewith served upon you.

/s/ Christine Thurston
Thurston Law Firm

## CERTIFICATE OF SERVICE

I hereby certify that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail, or by the methods indicated, on or before June 29, 2020.

/s/ Christine Thurston
Thurston Law Firm
PO Box 4018
Itasca, IL 60143
312-818-8008
cthurston@thurstonlawfirm.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-09452<br>Northern District of Illinois<br>Eastern Division<br>Mon Jun 29 12:45:59 CDT 2020 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Advanced Orthopedic & Spine<br>16255 S Harlem<br>Tinley Park, IL 60477-1615 | Advocate Christ Medical Center<br>PO Box 4256<br>Carol Stream, IL 60197-4256 | Advocate Health Care<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One, N.A.<br>Po Box 26625<br>Richmond, VA 23261-6625 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citicards Cbna<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | First National Bank Omaha<br>1620 Dodge St<br>Stop Code 3129<br>Omaha, NE 68197-0003 |
| Flagstar Bank<br>5151 Corporate Dr<br>Troy, MI 48098-2639 | Fnb Omaha<br>Po Box 3412<br>Omaha, NE 68103-0412 | (p)FREEDOM FINANCIAL ASSET MANAGEMENT LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 |
| Gs Bank Usa<br>Po Box 45400<br>Salt Lake City, UT 84145-0400 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-5757<br>Phoenix AZ 85038-9505 |
| JPMorgan Chase Bank, N.A.<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Kohls/Capone<br>N56 Ridgewood Dr<br>Menomonee Fal, WI 53051 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | PINGORA LOAN SERVICING, LLC<br>c/o Flagstar Bank, FSB<br>5151 Corporate Dr.<br>Troy, MI 48098-2639 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Syncb/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Syncb/Care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Td Bank Usa/Targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 |

| | | |
|---|---|---|
| Christine Thurston<br>Thurston Law Firm<br>PO Box 4018<br>Itasca, IL 60143-4018 | Hector M Arroyo<br>10005 Maple Ave.<br>Oak Lawn, IL 60453-3853 | Maria M Arroyo<br>10005 Maple Ave.<br>Oak Lawn, IL 60453-3853 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cbna<br>50 Nw Point Blvd<br>Elk Grove Village, IL 60007 | Freedom Plus<br>1875 S Grant St Ste 400<br>San Mateo, CA 94402 | Jpmcb Auto<br>Po Box 901003<br>Ft Worth, TX 76101 |
| Portfolio Recovery Associates, LLC<br>c/o AMAZON<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Citibank, N.a.<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o SYNCHRONY BANK<br>POB 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMORGAN CHASE BANK, N.A. | (u)PINGORA LOAN SERVICING, LLC | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     2<br>Total                   36 |